# UNITED STATES DISTRICT COURT FILED
for the
Eastern District of Virginia

| | |
|---|---|
| L-3 National Security Solutions, Inc. as successor to L-3 Services, Inc. <br> *Plaintiff* <br> v. <br> Innovative Wireless Technologies, Inc., et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:12cv59 <br> ) <br> ) <br> ) |

2012 FEB -7 P 2:34

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bookcliff Sales, Inc.
42 S. Carbon Ave.
Price, UT 84501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark T. Stancil
Robbins Russell Englert Orseck Untereiner & Sauber LLP
1801 K Street, NW - Suite 411-L
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/18/2012

Kathryn M. Stasko
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Bookcliff Sales, Inc.
was received by me on *(date)*    01/30/2012    .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Rick Shiner (owner/registered agent)    , who is
designated by law to accept service of process on behalf of *(name of organization)*    Bookcliff Sales, Inc.
at 42 S. Carbon Ave, Price, UT 84501 at 12:30 p.m. on *(date)*    01/31/2012    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    01/31/2012

*Server's signature*

Steven Fillerup, private process server (UT PI#: R102963)
*Printed name and title*

Capitol Process Service, Inc
1827 18th St NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:
* with Notice and Complaint